UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-CR-00160-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WILLIAM S. TANNER,

      Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A hearing on Supervised Release Violation shall take place on **Monday, January 4, 2010, at 3:00 p.m.,** 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

      Dated:  November 24, 2009